# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| **P**LAINTIFF, | | |
| vs. | § § § § § § § § | NO. 3:14-CR-1742-DB |
| SALVADOR GARCIA-GARCIA, | | |
| **D**EFENDANT. | | |

## MOTION TO WITHDRAW AS ATTORNEY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW SALVADOR GARCIA-GARCIA**, by and through his court-appointed counsel, Damian Rasmussen, and respectfully requests this Court for an order permitting defendant's present counsel to withdraw in the above styled cause of action.

As grounds therefore, counsel for Defendant would state to the Court as follows:

1. Counsel was appointed to represent Defendant on September 5, 2024.

2. The attorney/client relationship between himself and Defendant has irrevocably broken down, and he can no longer provide effective assistance of counsel to this Defendant. Defendant has requested new counsel.

3. The Defendant is without means and it is hereby requested that another attorney be appointed to represent the Defendant.

4. Counsel has advised Assistant U.S. Attorney, Steve Spitzer, of the filing of this motion, but did not request his position of the granting of this motion due to the nature of this motion.

1

WHEREFORE, for the foregoing reason defense counsel prays for the above requested relief.

Dated: September 17, 2024 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/Damian Rasmussen*
　　　　　　　　　　　　　　　　　　　　　　Damian Rasmussen
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　State Bar No.: 24110952
　　　　　　　　　　　　　　　　　　　　　　521 Texas Ave.
　　　　　　　　　　　　　　　　　　　　　　El Paso, Texas 79901
　　　　　　　　　　　　　　　　　　　　　　Tel: (915) 400-7785
　　　　　　　　　　　　　　　　　　　　　　damian@damianrasmussenlaw.com

## CERTIFICATE OF SERVICE

I, Damian Rasmussen, do certify that on September 17, 2024, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

　　　　　　　　　　　　　　　　　　　　　　/s/ Damian Rasmussen
　　　　　　　　　　　　　　　　　　　　　　Damian Rasmussen

2