IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | EP-14-CR-01742-DB-6 |
| § | |
| SALVADOR GARCIA-GARCIA § | |

### ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

On this day the Court considered Defendant Salvador Garcia-Garcia's ("Defendant") "Motion to Transfer," ("Motion") filed on October 9, 2024, ECF No. 9. In his Motion, Defendant advises the Court that the "discovery contains videos and photos in addition to written discovery. Review of volume of discovery will require multiple contact consultations with Mr. Garcia. These consultations are anticipated to require multiple hours each occasion." *Id.* at 1.

Defendant is currently incarcerated at the West Texas Detention Facility in Sierra Blanca, Texas. *Id.* Defendant, through his attorney, requests that he be moved from the West Texas Detention Facility to the Otero County Prison Facility in Chaparral, New Mexico. *Id.* at 1—2. After consulting with the United States Marshals Service for the Western District of Texas – El Paso Division, the Court became aware that the Otero County Prison Facility cannot accommodate housing Defendant for the pendency of his case. The Court was also made aware that El Paso County Jail facilities do have the capacity to house Defendant.

After due consideration of this Motion, and in light of the information provided by the United States Marshals Service, the Court is of the opinion that this Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's "Motion to Transfer," ECF No. 9, is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshals Service will **ARRANGE** for the **TRANSPORT** of Defendant from the West Texas Detention Facility in Sierra Blanca, Texas to a detention facility in El Paso County, whether the El Paso County Downtown Jail Facility or the El Paso County Jail Annex, that can accommodate him and house him for the pendency of this case.

SIGNED this 16th day of **October 2024**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**